# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00843-CV

---

**In re Demetrius Crockett**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus seeking to have us compel the trial court to provide the reporter's record without requiring payment because the clerk's record in his appeal, Docket No. 03-25-00630-CV, contains a February 6, 2025 order finding him indigent. Because the Court today dismisses that appeal for want of jurisdiction, we dismiss as moot Crockett's petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Theofanis

Filed: November 7, 2025